[No. 34769. Department Two. February 19, 1959.]

HERMAN HOWE, *Respondent*, v. PAUL C. HELMICK *et al., Appellants.*[1]

*Skeel, McKelvy, Henke, Evenson & Uhlmann* and *Stanley J. Mitchell,* for appellants.

*Michael K. Copass, Lycette, Diamond & Sylvester* and *Lyle L. Iversen,* for respondent.

PER CURIAM.—The plaintiff brought this action for attorney fees. The defendants called for a jury. They have appealed from the judgment entered on the jury's verdict.

Their single assignment of error is that the trial court erred in denying their motion for judgment notwithstanding the verdict. No exceptions were taken to the instructions. The evidence is in conflict.

We are able to say that the record supports the verdict, and, accordingly, the judgment is affirmed.

[1]Reported in 335 P. (2d) 598.